UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| THERESA G. BOSTIC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | Case No. 1:07CV2 CDP |

## MEMORANDUM AND ORDER

This matter is before me on the complaint of Theresa G. Bostic for judicial review under 42 U.S.C. § 405(g) of defendant's final decision denying her application for Supplemental Security Income benefits under Title XVI of the Social Security Act. I referred this matter to United States Magistrate Judge Audrey G. Fleissig for a report and recommendation on all dispositive and non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1). On January 17, 2008, Judge Fleissig filed her recommendation that the decision of the Commissioner be affirmed without further proceedings. Plaintiff has not filed any objections and her time for doing so has expired.

After careful consideration, I will adopt and sustain the thorough reasoning of Magistrate Judge Fleissig set forth in support of her Report and

Recommendation of January 17, 2008.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge [# 16] is adopted in its entirety, and the complaint of Theresa G. Bostic is **DISMISSED** without further proceedings.

A separate judgment will be entered this same date.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of February, 2008.